PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAY 08 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Virgil Kingbird**

**Docket No. 0:01CR00209-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Virgil Kingbird** who was sentenced for Sexual Abuse on January 13, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Provide DNA; sex offender registration; no contact with the victim; mental health aftercare; take any prescribed medications; and drug and alcohol aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> STANDARD CONDITION: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On April 5, 2008, an officer from the Polk County Sheriff's office in Thief River Falls, Minnesota, was dispatched to the railroad yard regarding an intoxicated male hiding in the train area. The officer made contact with the defendant who appeared to be intoxicated. The defendant advised that he had been kicked out of the casino as he was a registered sex offender. A preliminary breath test was given with a result of .128 BAC. The defendant told his supervising probation officer that he was with his family for a birthday party at the casino pool. He was asked to leave by security because of his status as a registered sex offender. He was unable to locate his aunt for a ride, so he walked to a bar in Thief River Falls and started drinking. He was transported to the reservation line where he was picked up by the Red Lake tribal police and given a ride home.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAY 10 2008
U.S. DISTRICT COURT MPLS

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

ORDER OF THE COURT

Considered and ordered this 8th day of May, 2008, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature] for

Joan L. White
Senior U.S. Probation Officer
Telephone: 218-333-0554

Executed on May 1, 2008
Place Bemidji

Approved:

[signature]

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission