Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Virgil Kingbird

Docket No. 0:01CR00209-001

**HEARING WAIVER**

I, Virgil Kingbird, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed: Virgil Kingbird

Virgil Kingbird

Witness: 4-29-08 Joan L. White

Joan L. White
U.S. Probation Officer

Dated: 4-29-08