UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-209 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIL KINGBIRD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

01-209 (JRT)

Defendant Name

Virgil Kingbird

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Nancy E. Brasel

Dated: July 14, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332