UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
OFFICE OF THE CLERK
655 1ST AVE. N., SUITE 130
FARGO, ND 58102-4932

July 22, 2008

ROBERT ANSLEY, CLERK
PHONE: (701) 297-7000

RECEIVED BY MAIL
JUL 24 2008
CLERK US DIST COURT MINNEAPOLIS MN

Direct Reply to:
Lori A. Haberer, Deputy Clerk
PHONE: 701-297-7002

OFFICE OF THE CLERK
US Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Re: USA vs. Virgil Kingbird
ND Criminal Case No.: 3:08-mj-59
MN Criminal Case No.: 0:01CR00209-001(JRT)

CR01-209 (1) JRT/RLE
Rule 5 docs

Dear Clerk:

**Initial Transfer Out**

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received we will forward you certified copies of the pertinent documents.

**Final Transfer Out**

☐ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of North Dakota to your District. Also, enclosed are certified copies of the charging documents, Judgment & Commitment Order, Docket Sheet and Financial Case Inquire Report.

**Transfer In**

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquire Report and Docket Sheet for this defendant.

**Rule 5(c)(3)**

☒ Enclosed please find copies of documents filed in our court along with a copy of the docket report.

**Rule 20**

☐ Enclosed please find certified copies of the Docket Sheet, Indictment, and the Consent to Transfer pursuant to Rule 20, Rule 20-Transfer Notice and Warrant for Arrest

Please acknowledge receipt of these documents by returning a copy of the enclosed letter.

Sincerely,

ROBERT ANSLEY, CLERK

*/s/ Lori A. Haberer*
Lori A. Haberer, Deputy Clerk

cc: USA, USM, USPO

United States of America

v. Case Number: 3:08mj59

Virgil Kingbird

CLERK'S MINUTES
Proceeding: Initial Appearance

Honorable Ralph R. Erickson
Sheila B/Lisa C., Deputy Clerk
Brenda Cernik, Court Reporter
Laurel Hanson, Law Clerk
Rachel Wallock, USPO

Date: Monday, July 21, 2008
Time: 4:15 PM
Recess: 4:35 PM

****************************************************************************

Appearances:
AUSA:_____Jan Morley________________________
Attorney for Defendant: ___Chris Lancaster (FPD)___________________

****************************************************************************

Court announces case. Dft charged out in a USDC-Minnesota case on a PV petition.

Court comments and advises dft of right to remain silent; of right to attorney; financial affidavit was completed by dft today. Court approves same.

Court comments re: Rule 5 as to defendant's arrest; Court is authorized to serve as a MJ in criminal proceedings. Court can treat this as a Minnesota case with a Minnesota arrest.

FPD comments; he discussed the issue of an identity and preliminary hearing rights with the defendant; and defendant would prefer to handle the detention issue in Minnesota.

Defendant has reviewed petition and waives reading of the same.

Court comments re: dft's right to hearing on petition; of identity hearing; defendant understands; defendant wants to wait until he is transported to Minnesota for a preliminary hearing on the petition.

USA recommends dft remain in custody.

Court comments to dft re: detention hearing to be held in Minnesota; Court finds dft has knowingly waived the right to the hearing at this time & court will hold dft in custody. Order will be entered.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 3:08mj59 |
| | ) | |
| | ) | |
| Virgil Kingbird, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR APPOINTMENT OF COUNSEL**

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the Assistant Federal Public Defender who will appear as counsel of record in the case.

Dated this 21st day of July, 2008.

/s/ Karen K. Klein

Karen K. Klein, US Magistrate Judge

United States District Court

AO 94 (Rev. 8/97) Commitment to Another District

**UNITED STATES DISTRICT COURT**
Southeastern Division - District of North Dakota

UNITED STATES OF AMERICA

v.

Virgil Kingbird

**COMMITMENT TO DISTRICT of Minnesota**

MAGISTRATE JUDGE
CASE NUMBER: 3:08mj59

DOCKET NUMBER:
District of Arrest: North Dakota
District of Offense: Minnesota

Date of Arrest: July 21, 2008

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint **X** Other (specify) Petition on Violation of Supervised Release

**charging a violation of** U.S.C. §

**DISTRICT OF OFFENSE: Minnesota**

**DESCRIPTION OF CHARGES:** Alleged violation of supervised release conditions

**IDENTITY:**

☐ Hearing held ☒ Hearing Waived

**CURRENT BOND STATUS:**

☐ Bail Fixed at $ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☐ Government moved for detention and defendant detained pending hearing in District of Offense

☒ Other (specify) Defendant waived right to detention hearing and preliminary hearing at this time, pending hearings in District of Minnesota.

**REPRESENTATION:** ☐ Retained Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**INTERPRETER REQUIRED?** ☒ No ☐ Yes Language:

**DISTRICT OF NORTH DAKOTA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Date: July 21, 2008

Karen K Klein

U.S. MAGISTRATE JUDGE KAREN K. KLEIN

**RETURN**

**This commitment was received and executed as follows:**

DATE COMMITMENT ORDER RECEIVED: ____________ PLACE OF COMMITMENT: ____________

DATE DEFENDANT COMMITTED: ____________

DATE: ____________

UNITED STATES MARSHAL: ____________

(BY) DEPUTY MARSHAL: ____________

**U. S. District Court for the District of North Dakota (Southeastern)**
**CRIMINAL DOCKET FOR CASE #: 3:08-mj-00059-KKK-1**
**Internal Use Only**

Case title: USA v. Kingbird
Other court case number: 0:01CR00209-001(JRT) US District Court - District of Minnesota

Date Filed: 07/21/2008

---

Assigned to: Magistrate Judge Karen K. Klein

**Defendant (1)**

**Virgil Kingbird**

represented by **Christopher J. Lancaster**
FEDERAL PUBLIC DEFENDER OFFICE
FEDERAL SQUARE
112 ROBERTS ST N STE 200
FARGO, ND 58102
701-239-5111
Email: Beth_Schwartz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA** represented by **Janice M. Morley**
U.S. ATTORNEY'S OFFICE
655 1 AVE N STE 250
FARGO, ND 58102
701-297-7400
Email: jan.morley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2008 | | RULE 5(c)(3) Documents Sent to Minnesota as to Virgil Kingbird (lh) (Entered: 07/22/2008) |
| 07/22/2008 | 7 | NOTICE OF ATTORNEY APPEARANCE: Christopher J. Lancaster appearing for Virgil Kingbird (Lancaster, Christopher) (Entered: 07/22/2008) |
| 07/21/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Virgil Kingbird. Defendant committed to District of Minnesota re: petition on violation of supervised release by Magistrate Judge Karen K. Klein (copy to USM on 7/21/08) (sb) (Entered: 07/22/2008) |
| 07/21/2008 | 5 | Financial Affidavit by Virgil Kingbird with Magistrate Judge Klein's approval endorsed thereon (sb) (Entered: 07/22/2008) Sent to USDC Financial unit 7/24/08 Leah |
| 07/21/2008 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Virgil Kingbird by Magistrate Judge Karen K. Klein (sb) (Entered: 07/22/2008) |
| 07/21/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Karen K. Klein:Initial Appearance in Rule 5(c)(3) Proceedings as to Virgil Kingbird held on 7/21/2008 Appearance entered by Christopher J. Lancaster for Virgil Kingbird on behalf of defendant. Order to be entered; defendant to be transported to USDC-MN (Court Reporter BC) (sb) (Entered: 07/22/2008) |
| 07/21/2008 | 2 | NOTICE OF HEARING as to Virgil Kingbird: Initial Appearance - Rule 5(c)(3) set for 7/21/2008 at 04:00 PM in Fargo Courtroom 2 before Magistrate Judge Karen K. Klein. (lh) (Entered: 07/21/2008) |
| 07/21/2008 | | Arrest of Virgil Kingbird in North Dakota on Warrant for Arrest from Minnesota. (lh) (Entered: 07/21/2008) |
| 07/21/2008 | 1 | (Copy) Petition on Supervised Release and Warrant from District of Minnesota. (Attachments: # 1 Warrant for Arrest)(lh) (Entered: 07/21/2008) |