AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Virgil Kingbird

## WARRANT FOR ARREST

0841-0710-1521-D

CASE NUMBER: **CR 01-209(1) JRT/RLE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Virgil Kingbird

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Lori Sampson
(By) Lori Sampson, Deputy Clerk

July 10, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

________________________ ________________________
Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 7-21-08
ARRESTED BY Clay Cty Sheriff Moorhead, MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
JUL 28 2008
U.S. DISTRICT COURT ST. PAUL