**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Virgil Kingbird,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jeffrey J. Keyes<br>U.S. Magistrate Judge<br><br>Case No: CR 01-209 JRT<br>Date: July 29, 2008<br>Court Reporter: None<br>Tape Number: 250/1626-1700<br>Time Commenced: 2:30 p.m.<br>Time Concluded: 2:35 p.m.<br>Time in Court: 5 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 2/3

APPEARANCES:

Plaintiff: Nancy Brasel, Assistant U.S. Attorney
Defendant: Andrew Mohring
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter / Language: None / English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
☐ Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Additional Information:
**Defendant waives preliminary revocation and detention hearings.**
**Final Revocation hearing date: August 20, 2008 @ 2:30 p.m. before Judge John R. Tunheim.**

s/Joan Flood
Criminal Duty Clerk