**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Virgil Kingbird,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

Case No: 01-209 (JRT/RLE)
Date: August 22, 2008
Court Reporter: Kristine Mousseau
Tape Number:
Time Commenced: 10:47 am
Time Concluded: 10:55 am
Time in Court: 8 Minutes

## APPEARANCES:

Plaintiff: Nancy Brasel, Assistant U.S. Attorney
Defendant: Andrew Mohring ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Supervised Release continued until the original expiration date of October 21, 2010 with special conditions added.
☒ Written order to be issued to include special conditions.

s/ Holly A. Morley
Calendar Clerk