**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 01-209 (JRT/RLE)

Plaintiff,

v. **ORDER**

VIRGIL KINGBIRD,

Defendant.

---

Nancy Brasel, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrew H. Mohring, Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court held a final revocation hearing on August 22, 2008 during which the defendant admitted to violating his supervised release. The Court decided not to revoke supervision, but will impose three additional special conditions.

Based on the petition and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special conditions:

1- The defendant shall reside for a period of up 180 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

2- While at the residential re-entry center, the defendant shall participate for a period of up to 180 days in a home detention program which may include Global Positioning System technology. The defendant shall not be responsible for the costs.

3- It is further recommended that, due to the defendant's transportation issues and lack of family and community support, he remain in the custody of the U.S. Marshals Service until an opening is available at the residential re-entry center. It has been confirmed by the Probation Office that an opening is available for the defendant immediately at Bethel Work Release in Duluth, Minnesota. In addition, it is recommended that the U.S. Marshals Service be ordered to transport the defendant to the facility on August 25, 2008 and it has been confirmed that the transport was completed.

All other previous conditions of supervision shall remain in place through the end of defendant's term of supervision.

DATED: August 25, 2008
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge